UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBORAH ACEVEDO,

   Plaintiff,

-vs-                                    CASE NO.:  6:16-CV-01227-CEM-TBS

CITIBANK, N.A.,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Deborah Acevedo, and the Defendant, CITIBANK, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 21st day of April, 2017.

| | |
|---|---|
| /S/ Shaughn C. Hill, Esquire | /S/ John L. Dicks, Esquire |
| Shaughn C. Hill, Esquire | John L. Dicks, Esquire |
| Morgan & Morgan, Tampa, P.A. | AKERMAN, LLP |
| One Tampa City Center | 401 E. Jackson Street, Suite 1700 |
| Tampa, FL 33602 | Tampa, FL 33602 |
| Tele: (813) 223-5505 | Tele: (813) 223-7333 |
| Fax: (813) 223-5402 | Fax: (813) 223-2837 |
| shill@forthepeople.com | john.dicks@akerman.com; |
| jsherwood@forthepeople.com | caren.collier@akerman.com |
| Florida Bar#: 0105998 | Florida Bar#: 89012 |
| Attorney for Plaintiff | Attorney for Defendant |